IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| DEL-MET CORP. | ) | Case No. 01-13208-KL3-07 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1.    Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Claim No. | Name and Address | Amount |
|---|---|---|
| 8194-1 | DBM TECHNOLOGIES, L.L.C.<br>ATTN: DAVE RUMAN<br>140 S SAGINAW STE 725<br>PONTIAC MI 48342 | $16,575.50 |

2.    The Trustee's check in the amount of $16,575.50, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this Report.

Respectfully submitted,

\_/s/ Susan R. Limor_____
Susan R. Limor, Trustee
2814 Dogwood Place
Nashville, TN 37204
615-742-1304
Fax: 615-742-0858
trustee@limorlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and exact copy of the foregoing document to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, on this 8th day of July, 2011.

                                                             /s/ Susan R. Limor  
                                                            Susan R. Limor