IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DEL-MET CORP. ) 01-13208-KL3-07
)
)
Debtor(s) )

**TRUSTEE'S AMENDED REPORT OF UNCLAIMED FUNDS**

    Susan R. Limor, Trustee of this bankruptcy estate, amends her previously filed Report of Unclaimed Funds to remove the distribution check issued to ADECCO which has been reissued and resent to the claimant and reports the following:

    1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Claim No. | Name and Address | Amount |
|---|---|---|
| 8114-1 | BJORN BACCMAN<br>R STEPHEN DOUGHTY ESQ<br>209 10TH AVE S STE 332<br>NASHVILLE TN 37203 | $974.58 |
| 8146-1 | AUTOMATIC SERVICE CO. INC.<br>249 BLANTON AVE<br>NASHVILLE TN 37210 | $13.15 |
| 8148-1 | NICKERSON MACHINERY<br>PO BOX 213<br>ACCORD MA 02018-0213 | $10.21 |
| 8160-1 | THE DOW CHEMICAL COMPANY<br>SCOTT R PENNOCK<br>2030 DOW CTR<br>MIDLAND MI 48674 | $3,107.04 |
| 8200-1 | METALFORMING TECHNOLOGIES, INC<br>MTI-LEXINGTON<br>2592 PALUMBO DR<br>LEXINGTON KY 40509 | $789.58 |

| | | |
|---|---|---|
| 8211-1 | MARKSON TOOL & MFG, INC<br>PO BOX 70<br>SPARTA MI 49345 | $40.95 |
| 8218-1 | IXTLAN PLASTICS TECHNOLOGY, LLC<br>VICTOR J TORRES (P 43240)<br>WILLIAMS ACOSTA, PLLC<br>660 WOODWARD AVE STE 2430<br>DETROIT MI 48226 | $6,269.10 |
| 9023-1 | AKZO NOBEL COATINGS, INC<br>30 BRUSH ST<br>PONTIAC MI 48341 | $2,109.14 |
| 9038-1 | SHEFCO, INC<br>4370 LINDEN CREEK PKWY<br>FLINT MI 48507 | $219.70 |

    2.    The Trustee's checks in the amounts of $3,119.29, $974.58, $13.15, $10.21, $3,107.04, $789.58, $40.95, $6,269.10, $2,109.14, and $219.70, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this Report.

                                Respectfully submitted,

                                /s/ Susan R. Limor_____
                                Susan R. Limor, Trustee
                                2814 Dogwood Place
                                Nashville, TN 37204
                                615-742-1304
                                Fax: 615-742-0858
                                trustee@limorlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have forwarded a true and exact copy of the foregoing document to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, on this 16th day of September, 2011.

                                /s/ Susan R. Limor_____
                                Susan R. Limor